# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UMG RECORDING, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 06-549-BH-M |
| JUSTIN HAMILTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This action is before the Court on plaintiffs' motion (Doc. 10) for the entry of a default judgment.  Upon consideration of the motion, the Clerk's entry of default on December 4, 2006 (Doc. 9), and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that plaintiffs' motion is due to be and is hereby **GRANTED** for the reasons stated therein.  Accordingly, it is **ORDERED** that judgment be entered in favor of the plaintiffs, UMG Recording, Inc., Sony BMG Music Entertainment, and BMG Music, and against the defendant, Justin Hamilton, as follows:

1.  Defendant Justin Hamilton shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

2.  Defendant Justin Hamilton shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Ninety Dollars ($490.00).

3. Defendant Justin Hamilton shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:  "Heartland," on album "Pure Country," by artist "George Strait" (SR# 146-421); "Gone Till November," on album "Wyclef Jean Presents The Carnival Featuring Refugee Allstars," by artist "Wyclef Jean" (SR# 251-493);  "Fall In Love," on album "All I Need to Know," by artist "Kenny Chesney" (SR# 208-984); "She's Got It All," on album "I Will Stand," by artist "Kenny Chesney" (SR# 238-371); "The Closer You Get," on album "Closer You Get," by artist "Alabama" (SR# 49-145); "I Turn To You," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004); and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

4. Defendant Justin Hamilton shall also destroy all copies of Plaintiffs' Recordings that he has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

5. This action be and is hereby **DISMISSED with prejudice**. The Court shall, however, retain such jurisdiction as is necessary to enforce the injunctive relief imposed in this litigation.

**DONE** this 18th day of January, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
